**FILED**

JAN 07 2009

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| SONIA EDUARDA FRANCO FRANCO; et al., | No. 03-57038 |
| Plaintiffs - Appellants, | DC No. CV 03-05094 NM CD Cal. |
| v. | |
| DOW CHEMICAL COMPANY; SHELL CHEMICAL COMPANY; DOLE FOOD COMPANY, INC., | ORDER |
| | (Special Master Proceedings) |
| Defendants - Appellees. | |

Before:    TASHIMA, Circuit Judge.

Although the Special Master does not contemplate that his services will be required in this case with respect to any future matters, out of an abundance of caution the Special Master hereby recuses himself from any further participation in this case.